AP-77,040
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 1/23/2015 12:29:42 PM
Accepted 1/23/2015 12:49:18 PM
ABEL ACOSTA
CLERK

CAUSE NO. AP-77,040

| | | |
|---|---|---|
| **CEDRIC ALLEN RICKS**<br>Appellant | *<br>*<br>*<br>* | IN THE COURT OF<br><br>CRIMINAL APPEALS |
| **THE STATE OF TEXAS**<br>Appellee | * | IN AUSTIN, TEXAS |

## FIRST MOTION FOR EXTENSION OF TIME
## TO FILE APPELLANT'S BRIEF

COMES NOW, CEDRIC ALLEN RICKS, Appellant, by and through his attorney, MARY B. THORNTON, and files this his First Motion for Extension of Time to File Appellant's Brief in the above styled and numbered cause requesting an additional six (6) months and in support of his motion would show this Honorable Court as follows:

I.

Appellant was reindicted for the offense of capital murder in cause number 1361004R on February 28, 2014. His case was assigned to the 371st Judicial District Court in Tarrant County, Texas. Appellant pleaded not guilty before a jury on May 5, 2014. On May 7, 2014, the jury found Appellant guilty of the offense as charged in the State's indictment. On May 16, 2014, the jury answered Special Issue No. 1 "yes," and Special Issue No. 2 "no." As a result the trial court sentenced Appellant to Death as required by law.

1

## II.

Pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure Appellant's brief was due to be filed in this Honorable Court on Tuesday, January 20, 2015. No motions for extension of time have been requested by Appellant or granted by this Honorable Court.

## IV.

Because of other cases, counsel for Appellant has not had sufficient time to prepare Appellant's brief in the above styled and numbered cause. Specifically, counsel for Appellant was on vacation during the month of December. Counsel worked in her office during some of the month, but accepted no new criminal appointments. Counsel was able to dispose of several cases on her docket during the month of December, 2014.

Counsel for Appellant was supposed to be starting a jury trial on Tuesday, January 27, 2015, styled The State of Texas v Marvin Earl Jackson in cause number 1290108D, which had been pending in the 432nd Judicial District Court in Tarrant County, Texas for approximately thirty months. On Tuesday, January 13, 2015, the prosecutor tendered a plea bargain offer to Defendant who accepted it the same day.

Counsel for Appellant will be starting a jury trial on Monday, February 9, 2015, styled The State of Texas v Samuel Luna, Jr. in cause numbers 1379544 & 1379545D which are pending in the 371st Judicial District Court in Tarrant County, Texas. In

addition to disposing of a number of cases during the month of December and the first three weeks of January, 2015, counsel for Appellant has been working during the month of January on these two trials.

Counsel for Appellant has other felony cases that are currently being worked up for trial. Cause number 1368762D presently pending in the 213th Judicial District Court in Tarrant County, Texas styled The State of Texas v Sherman Peter Williams is set for trial before a jury on Monday, March 2, 2015. Sherman is indicted for the offense of causing serious bodily injury to a family member with the use or exhibition of a deadly weapon, to wit: a knife. Counsel for Appellant is also working on an appellate brief styled Daniel Hans Jugen Ziegler v The State of Texas in cause No. 02-14-00315-CR pending in the Court of Appeals for the Second District of Texas in Fort Worth, Texas. Appellant's brief is due to filed in that Honorable Court on Monday, March 9, 2015.

Therefore, counsel for Appellant requests this first extension of time for six (6) months not for purposes of delay but because it is necessary in order to render Appellant his constitutionally mandated effective assistance of counsel pursuant to *the Sixth and Fourteenth Amendments to the U.S. Const. and art. 1, sec. 9 of the Tex. Const.*

WHEREFORE, PREMISES CONSIDERED, Appellant respectfully prays that this Honorable Court grant his First Motion for Extension of Time to File Appellant's brief in the above styled and numbered cause for six (6) months and extend the deadline for filing Appellant's brief to Tuesday, July 21, 2015.

Respectfully submitted,


/s/Mary B. Thornton
MARY B. THORNTON
Attorney for Appellant
3901 Race Street
Fort Worth, Texas 76111
Telephone No.: (817) 759-0400
Telecopier No.: (817) 831-3002
Email: marybrabson01@gmail.com
State Bar #19713700

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of January, 2015, a true and correct copy of the above motion was eserved to the Hon. Debra Windsor, Chief of the Tarrant County Criminal District Attorney's Office Post Conviction, Tim Curry Criminal Justice Center, Fourth Floor, 401 West Belknap, Fort Worth, Texas, 76196, at COAAppellateAlerts@tarrantcounty.com.

/s/Mary B. Thornton
MARY B. THORNTON